IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:15CR3122 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| DAMIAN THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

On February 19, 2016, Magistrate Judge Cheryl R. Zwart made certain findings of fact and recommended that Defendant's motion to suppress (Filing No. 29) be denied in its entirety. No objections to the findings and recommendation have been filed within the time prescribed by 28 U.S.C. § 636(b).

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted and Defendant's motion to suppress should be denied in its entirety. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (Filing No. 38) are adopted.

2. Defendant's motion to suppress (Filing No. 29) is denied in its entirety.

DATED this 28th day of March, 2016.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge